FILE COPY

No. 07-23-00076-CV

In the Interest of T.R., a Child    §   From the 108th District Court
                  of Potter County

             §

                   May 19, 2023

             §

                   Opinion by Chief Justice Quinn

             §

## J U D G M E N T

Pursuant to the opinion of the Court dated May 19, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o